

Meister Seelig & Fein PLLC

Henry E. Mazurek<br>
*Partner*<br>
Direct (212) 655-3594<br>
Fax (646) 682-9222<br>
hem@msf-law.com

October 23, 2023

**Via ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Roman Israilov*, 22-cr-20 (PGG)

Dear Judge Gardephe:

  We represent defendant Roman Israilov in the above-referenced matter. We write in response to the Court's October 3, 2023 order (ECF Doc. 296), and to supplement our October 6, 2023 letter to the Court, which confirmed that Mr. Israilov's legal fees have been paid, at least in part, by funds received from third-parties. We have received legal fees by check or wire transfer from Dmitriy Nektalov, Suren Musheyev, and Simon Mirzokandov.

           Respectfully yours,

            /s/HEM
           Henry E. Mazurek
           *Counsel for Defendant Roman Israilov*