Dear Judge Gardephe,

    My name is Natalie Basch. I am writing on behalf of my cousin Robert Wisnicki to whom I am related, we are cousins. I am a speech language pathologist working in the school system in Queens, NY. I spend my days shaping young students' speech, pragmatics, and education. My husband, Yitzi Basch whom I am writing for is involved in a Medical Lab known as Atvivo located in Secaucus, NJ. We live in Far Rockaway, NY with our three young children ages 8, 5, and 2. We are actively involved in our synagogue known as the White Shul. We attend lectures, pray, and help fundraise for our community if ever in need. We have a close relationship with our leader, Rabbi Feiner & Rabbi Neuberger. Every summer, my husband is involved in a fundraiser called Bike for Chai. He trains for months in order to bike 160 miles and fundraises thousands of dollars for kids who are battling cancer or genetic diseases. As a family we make an effort to go to the finish line and dance with the campers of this camp, Camp Simcha. It fills us with so much happiness to be able to help these kids have an amazing camp experience that they so deserve after battling their illnesses.

On my spare time, I am heavily involved in a matchmaking initiative in order to help older singles in the Jewish community find their spouse to spend the rest of their lives. My husband and I try to fill our days looking how we can help others aside from our family.

    Robert Wisnicki has always been my older cousin whom I have always been close with. Being that Robert grew up in Los Angeles when he came to New York to date his wife he would spend his time staying at our house which only made us so much closer. I always looked up to him and would regard him for advice. He would genuinely care and listen to what I had to say. Even when I was considered so little in most people's eyes Robert always treated me with dignity and respect treating me like a peer. His wife Yonina has been friends with my sister since grade school. We saw her grow up and feel so close to her and all of their children, considering them all like close family. Robert and Yonina together are heavily involved in the community at large. They are always looking to help such as being involved in organizations like: Achi Ezer which is a community resource center, Madraigos a social services organization, or sponsoring youth basketball teams for children who need recreational activities to keep them off the streets.

    I'm writing this letter with a heavy heart now that I am aware of Robert's sentence. I am writing this letter to attest to his kindhearted soul.

Respectfully yours,
Natalie & Yitzi Basch

Ex. A-9