**ACHIEZER**
COMMUNITY RESOURCE CENTER
One Community. One Resource.

**PRESIDENT**
BORUCH B. BENDER

**TRUSTEES**
ADAM OKUN
RONALD LOWINGER
LLOYD KEILSON

**EXECUTIVE BOARD**
DOVID BLOOM
JASON BOKOR
MOTI HELLMAN
MICHAEL KRENGEL
BEN LOWINGER
YAKOV MIROCZNIK
MOSHE SCHREIBER
ARON SOLOMON
JOEL YARMAK

**BOARD OF DIRECTORS**
MOSHE BLOOM
ZVI BLOOM
ALON GOLDBERGER
RABBI DOVID GREENBLATT
CARMI GRUENBAUM
SHLOMO Z. GUTFREUND
RABBI YEHIEL M. KALISH
MEIR KRENGEL
DANIEL LIFSCHUTZ
ARONI PARNES
MENACHEM POLLACK
ASHER POLLAK
RABBI ARON ROSENBERG
ARI SILBERSTEIN
SHLOMO ZULLER

**EXECUTIVE ADMINISTRATOR**
ELKE RUBIN

**FINANCE COORDINATOR**
BRACHA DUBOVICK

**MENTAL HEALTH DEPARTMENT COORDINATOR**
DR. BRUCHA LOWINGER, PSY. D

**CRISIS INTERVENTION SERVICES**
SHALOM JAROSLAWICZ, FNP
ELKE RUBIN
ALIZA WARTELSKY

**WESTWOOD FINANCIAL MANAGEMENT PROGRAM**
ALIZA WARTELSKY, COORDINATOR
STACEY ZRIHEN, SENIOR FINANCIAL ADVISOR

**MRS. EDITH LOWINGER A"H VOLUNTEER NETWORK**
DANIEL GOLDFEDER, COORDINATOR

**ZICHRON DOVID CHESED SHEL EMES DIVISION**
SHALOM JAROSLAWICZ, FNP
MEIR KRENGEL
AKIVA TEPPER

**HEALTH INSURANCE DEPARTMENT**
SRULY MILLER, COORDINATOR
ROCHEL LEAH GREENWALD

**EVENT COORDINATOR**
MILKA KEILSON

**LOGISTICS AND MEDICAL EQUIPMENT**
DANIEL GOLDFEDER
SHOLOM FRUCHTER

**LEGAL COUNSEL**
YOSEF H. KANNER, ESQ.
B. DAVID SCHREIBER, ESQ.

**INSURANCE CONSULTANT**
CARMI GRUENBAUM

November 20, 2023

The Honorable Judge Paul G. Gardephe
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

My name is Rabbi Boruch Bender and I am the President of Achiezer, a multi-faceted social service organization that helps community members in crisis. Achiezer contends with different crises that unfortunately afflict members of our community and we assist with all of the programs and resources that we have available to us.

I have known Dovi (Robert) Wisnicki for many years as we are both part of the same community, pray in the same synagogues and send our children to the same schools. I have always known Dovi to be an honest and kind family man who maintains professional conduct with his signature warm demeanor. He genuinely cares for others and is always looking for ways to get involved and assist those in need.

Several years ago, we saw that there was a real need for volunteers who could guide and help families during their difficult times. Dovi (Robert) and his wife Yonina Wisnicki took the initiative to join our volunteer network and even took it to the next level. They helped us out with several different programs and gave so much of their personal time which truly demonstrated how thoughtful and considerate they are.

Whenever there is a need in the community, Dovi is always willing to help. He makes himself available and spends many hours visiting sick patients in hospitals and delivering food to those who are unable to fend for themselves. He has encouraged his family to participate in his volunteer work and they have gone to stock our hospital respite rooms and ensure that patients and their families have what the food and comfort they need.

We referred dozens of individuals and families to speak to Dovi who gave them valuable advice and guided them every step of the way. Dovi has a way of connecting with people and giving them the encouragement that they need to help them feel calm and confident during their times of crisis.

334 CENTRAL AVENUE, LAWRENCE, NY 11559 | 144 BEACH 9TH STREET, FAR ROCKAWAY, NY 11691
111 ROOSEVELT AVENUE, INWOOD, NY 11096 | T 516.791.4444 (24 HOURS) | F 516.592.5643 | WWW.ACHIEZER.ORG

Ex. A-10



**PRESIDENT**
BORUCH B. BENDER

**TRUSTEES**
ADAM OKUN
RONALD LOWINGER
LLOYD KEILSON

**EXECUTIVE BOARD**
DOVID BLOOM
JASON BOKOR
MOTI HELLMAN
MICHAEL KRENGEL
BEN LOWINGER
YAKOV MIROCZNIK
MOSHE SCHREIBER
ARON SOLOMON
JOEL YARMAK

**BOARD OF DIRECTORS**
MOSHE BLOOM
ZVI BLOOM
ALON GOLDBERGER
RABBI DOVID GREENBLATT
CARMI GRUENBAUM
SHLOMO Z. GUTFREUND
RABBI YEHIEL M. KALISH
MEIR KRENGEL
DANIEL LIFSCHUTZ
ARONI PARNES
MENACHEM POLLACK
ASHER POLLAK
RABBI ARON ROSENBERG
ARI SILBERSTEIN
SHLOMO ZULLER

**EXECUTIVE ADMINISTRATOR**
ELKE RUBIN

**FINANCE COORDINATOR**
BRACHA DUBOVICK

**MENTAL HEALTH DEPARTMENT COORDINATOR**
DR. BRUCHA LOWINGER, PSY. D

**CRISIS INTERVENTION SERVICES**
SHALOM JAROSLAWICZ, FNP
ELKE RUBIN
ALIZA WARTELSKY

**WESTWOOD FINANCIAL MANAGEMENT PROGRAM**
ALIZA WARTELSKY, COORDINATOR
STACEY ZRIHEN, SENIOR FINANCIAL ADVISOR

**MRS. EDITH LOWINGER A"H VOLUNTEER NETWORK**
DANIEL GOLDFEDER, COORDINATOR

**ZICHRON DOVID CHESED SHEL EMES DIVISION**
SHALOM JAROSLAWICZ, FNP
MEIR KRENGEL
AKIVA TEPPER

**HEALTH INSURANCE DEPARTMENT**
SRULY MILLER, COORDINATOR
ROCHEL LEAH GREENWALD

**EVENT COORDINATOR**
MILKA KEILSON

**LOGISTICS AND MEDICAL EQUIPMENT**
DANIEL GOLDFEDER
SHOLOM FRUCHTER

**LEGAL COUNSEL**
YOSEF H. KANNER, ESQ.
B. DAVID SCHREIBER, ESQ.

**INSURANCE CONSULTANT**
CARMI GRUENBAUM

Dovi is a gentle, soft spoken and humble person who shies away from praise and accolades. He refuses to accept any honor or public appreciation for his work even though he has spent countless hours helping so many struggling community members and truly deserves recognition for what he has done.

It would be incredibly sad for Dovi's family as well as our community at large if he were forced to spend time incarcerated. He has so much to offer and give back to our community; and for the sake of so many who would benefit from his tremendous heart, I would humbly and strongly request that Your Honor consider a sentence of community service. It is his true essence and what he's all about.

Respectfully,

Rabbi Boruch B. Bender

334 CENTRAL AVENUE, LAWRENCE, NY 11559 | 144 BEACH 9TH STREET, FAR ROCKAWAY, NY 11691
111 ROOSEVELT AVENUE, INWOOD, NY 11096 | T 516.791.4444 (24 HOURS) | F 516.592.5643 | WWW.ACHIEZER.ORG

Ex. A-10