# STEVE HACKEL

████████
Cedarhurst NY 11516
████████

11/2/23

PRIVILEGED: Letter for Dovi (Robert) Wisnicki

The Honorable Judge Paul G. Gardephe
Unites States Courthouse
40 Foley Square
Newy York, NY 10007

Dear Judge Gardephe,

My name is Steve Hackel, I live in Cedarhurst NY, I am married with 4 children and one grandchild. I am the owner of ASLD Realty LLC a debt and equity investment management firm, with a focus on office, retail, multi-family, mixed-use and commercial properties.

I am aware that Robert is being sentenced and I would like to tell you a little about him.

Robert is an incredible father, husband, and friend. He is a good son who always visits his parents in LA. I have known Robert for over 14 years – we have spent many Shabbat and Holiday meals together. He leads the community prayer at our local synagogue Aish Kodesh in Woodmere. Robert has a beautiful and inspiring voice. He ran many charitable events over the years that raised money to empower teens and young adults in our community to overcome life's challenges. These events (bowl a thons, basketball tournaments) have fostered community comradery and have raised much needed funds that made big impacts on peoples lives. He always has a smile to cheer you up when you are down and is always willing to roll up his sleeves to help. An example that comes to mind, when I was making my sons Bar Mitzvah a few years ago in my backyard, Robert reached out to come help me carry packages, drive anywhere, or set up, and made himself available to anything I needed to set up the party. I was extremely touched and it showed me that a good person thinks of how he can help when someone is potentially overwhelmed.

The effects of incarceration on his family and community would be significant. He has a wife and young children to support who depend on him and need him. In addition he has community that depends on him and needs him as well. His health could be severely impacted as well by the ordeal this has had on him, his family, his clients, and community.

I believe everyone makes mistakes and learns from them and should be given a chance to make amends.

I respectfully and humbly plea to your Honor for consideration of leniency based on the information provided above.

Sincerely,

Steve Hackel

Ex. A-54