Charlie Harary

Woodmere NY 11598

December 27, 2023

The Honorable Judge Paul G. Gardephe United States Courthouse,
40 Foley Square, New York, NY 10007

Dear Judge Gardephe,

    I hope this letter finds you well. My name is Charlie Harary, a resident of Woodmere, and it is both a privilege and a responsibility to address you today on behalf of my dear friend, Robert (Dovi) Wisniki. Over the course of more than a decade, I have had the pleasure of witnessing the remarkable character and unwavering integrity that define Robert (Dovi). Our connection spans beyond mere friendship; we are colleagues, neighbors, and fellow members of the same close-knit community. We share the same synagogue, our children attend the same school, our wives are friends, and our families have grown together through the years.

    I want to begin by saying what a person Robert (Dovi) is; Dovi is a person of exceptional kindness and generosity. In a community of hundreds of people, few are as beloved as Robert (Dovi). His house is one that is frequented by the community, constantly opening their home to guests, to events, to matters of the community. They are the first to welcome newcomers; they are the first to ask if someone is in need. Their home and their family are filled with kindness, generosity, and spirit.

    I understand the gravity of the situation, recognizing that Dovi is being sentenced for a crime, and I understand that is something that is weighing heavily on you in terms of the amount of his sentence. However, I implore you to consider his place, not merely as a defendant but as a devoted family man, a loving father to his children, and a soon-to-be father-in-law to his eldest son. Dovi is not just a friend; he is a son and a respected member of our community. Hundreds of people look up to him, love him, and miss him. If there is a person that I know can reform himself in a moment, it's Robert (Dovi). If there is a person that I know can see the errors of his ways and change, it's Robert (Dovi). The core of the justice system extends beyond the meting out of sentences; the core of the justice system is the pursuit of justice, served both in the punishment that the offender receives, and in his ability to see his ways and mend them. Robert (Dovi) is one of those rare individuals who possess the strength to acknowledge his mistakes, learn from them, and emerge a better person.

    I understand the weight of your responsibilities, and I do not envy the task before you. But, for whatever it's worth, from one man's opinion, I just want to put a little more color to the gentle soul and beloved person of Robert (Dovi). I respectfully request that you consider his contributions to his family, his friends, and our community and implore as much mercy as the circumstances allow.

**Ex. A-55**

  Thank you for your time and consideration. I trust that your decision will be made with the utmost care and consideration for the individual behind the case.

Respectfully,
Charlie Harary

**Ex. A-55**